IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Greg A. Carlson, ) | |
| ) | 4:05CV3012 |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Robert Houston, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on filing no. 14, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to respond to respondent's motion to dismiss. Upon review of the record, I will grant the motion, and the plaintiff shall have until May 18th to file the document.

SO ORDERED.

DATED this 21st day of April, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge